UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



EDWIN S. TWEEDY,

       Plaintiff,

-against-

CITY OF NEW YORK, et al.

       Defendants.

18-CV-1470 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has been informed that the parties have settled their dispute. (Dkt. No. 57.) Accordingly, it is hereby ORDERED that the status conference currently scheduled for June 17, 2020 is ADJOURNED *sine die*. It is further ORDERED that the settlement conference currently scheduled for July 15, 2020 is ADJOURNED *sine die*.

Dated: New York, New York
      June 15, 2020

                        **SO ORDERED**.

                        _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**