**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/22/20__

EDWIN S. TWEEDY,

                              Plaintiff,

             -against-

CITY OF NEW YORK,

                              Defendant.

18-CV-1470 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

thirty days.

**SO ORDERED.**

Dated:    June 22, 2020
          New York, New York

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**